UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>OSHRAT PORTOLYONI,<br><br>                Defendant. | 09 Cr. 974 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is respectfully directed to strike docket entry 280 in the above-captioned matter.

**SO ORDERED.**

Dated:    New York, New York
            August 17, 2020

                                      *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge