```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>OSHRAT PORTOLYONI,<br><br>　　　　　　　　Defendant. | 9 Cr. 674 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The sentencing scheduled for January 6, 2021 at 10:00 a.m. EST is hereby rescheduled to occur as a videoconference. Chambers will communicate information for accessing the videoconference to the parties in advance by email.

　　Members of the public may dial in using the following listen-only conference line: (888) 363-4734, access code: 4645450.

　　**SO ORDERED.**

Dated:　　New York, New York
　　　　　January 5, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1