# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 5, 2021

**Filed via ECF and Email**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Sentencing is adjourned to February 4,
2021 at 11:00 a.m. EST.  SO ORDERED.
```
*Loretta A. Preska* 1/6/2021

Re:   *U.S. v. Portolyoni*
      09 Cr. 674 (LAP)

Dear Judge Preska:

I hope that this letter finds your Honor in good health during these challenging times.

I am writing to respectfully and regrettably request that Ms. Portolyoni's long awaited sentencing be adjourned. I apologize for the late notice; however, the seven-hour time difference between NYC and Israel has hampered counsel's ability to effectively review the Order of Restitution and the Forfeiture Consent provided by government counsel earlier today with Ms. Portolyoni.

Accordingly, she has asked that the matter be adjourned until we can have a more fulsome discussion regarding these documents.

Respectfully submitted,

/s/

Susan G. Kellman

cc:   Michael Lockard, Esq.
      Asst. United States Attorney

      Oshrat Portolyoni