```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>OSHRAT PORTOLYONI,<br><br>                    Defendant. | 9 Cr. 674 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The sentencing scheduled for February 4, 2021 at 11:00 a.m. EST will occur as a videoconference.  Chambers will communicate information for accessing the videoconference to the parties in advance by email.

   Members of the public may dial in using the following listen-only conference line: (877) 402-9753, access code: 6545179.

   **SO ORDERED.**

Dated:    New York, New York
          February 3, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge